### KUHN v. KUHN.

*(Supreme Court, General Term, First Department.* May 24, 1889.)

For hearing on appeal, see 4 N. Y. Supp. 952.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion.   Motion to dismiss appeal denied.

---

### *In re* LEXINGTON AVE.

*(Supreme Court, General Term, First Department.* May 24, 1889.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion.   Motion granted, with $10 costs.

---

### MANNING v. AMY.

*(Supreme Court, General Term, First Department.* May 24, 1889.)

Action by Jerome F. Manning against Henry Amy.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion.   Motion granted, unless papers served within 30 days.

---

### MAYER v. HARDY.

*(Supreme Court, General Term, First Department.* May 24, 1889.)

For hearing on appeal, see 3 N. Y. Supp. 881.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion.   Motion denied, without costs.

---

### *In re* MAYOR, ETC., OF NEW YORK.  *In re* ELLIS.

*(Supreme Court, General Term, First Department.* May 24, 1889.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

See memorandum *per curiam.*

---

### MEYERS v. TABER.

*(Supreme Court, General Term, First Department.* May 24, 1889.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion.   Motion granted, with costs, unless appellant stipulates to argue at next general term.

---

### MINTO v. AUSTIN *et al.*

*(Supreme Court, General Term, First Department.* May 24, 1889.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion.   Motion denied.

---

### MUNRO v. SMITH.

*(Supreme Court, General Term, First Department.* May 24, 1889.)

For hearing on appeal, see 6 N. Y. Supp. 426; at special term, see 2 N. Y. Supp. 313.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion.   Motion denied.